DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAWN FRIEDMAN,**
Appellant,

v.

**TEAM CHAMPIONSHIPS INTERNATIONAL, LLC,**
Appellee.

No. 4D13-379

[December 17, 2014]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Bowman, Judge; L.T. Case No. CACE 11-6295 (02).

Marlene S. Reiss of Marlene S. Reiss, P.A., Miami, for appellant.

Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM

*Affirmed. See Kuehner v. Green*, 436 So. 2d 78 (Fla. 1983); *Black v. District Bd. of Trustees*, 491 So. 2d 303 (Fla. 4th DCA 1986).

DAMOORGIAN, C.J., MAY and GROSS, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***